HEROD ET AL. *v.* THE DUCK POND DITCHING ASSOCIATION.

APPEAL from the Hendricks Common Pleas.

OSBORN, C. J.—This case is in all respects similar to *Dobson* v. *The Duck Pond Ditching Association, ante*, p. 312. Under the ruling in that case, the judgment of the court below is affirmed.

The judgment of the said Hendricks Common Pleas is affirmed, with costs.

*C. C. Nave* and *C. A. Nave*, for appellants.

*L. M. Campbell*, for appellee.